UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Strike 3 Holdings, LLC, | § § § | Civil Action No. 2:21-cv-01373 |
| Plaintiff, | § § | |
| vs. | § | |
| John Doe Subscriber Assigned IP Address 173.49.152.42 | § § | Hon. Cynthia M. Rufe |
| Defendant. | § § § | |

**ORDER**

AND NOW, this _____ day of _____, 2021, upon consideration of Defendant's Motion for an Extension of Time, and Plaintiff's consent, it hereby is ordered that the motion is granted. Defendant is granted an extension of time to file its response to Plaintiff's Complaint through August 16th, 2021.

BY:

_____